UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNY CORONEL BONILLA, *on behalf of herself and others similarly situated*,

                Plaintiffs,

– against –

FRANK NANI, *and* INFINITY PAINTING CO., INC.,

                Defendants.

**ORDER**

24-cv-05854 (ER)

Ramos, D.J.:

    Jenny Coronel Bonilla brought this action against Frank Nani, and Infinity Painting Co., Inc. on August 1, 2024.  Doc. 1.  On April 14, and May 14, 2025, counsel for Coronel Bonilla filed notices of appearances.  Docs. 8, 9.  Since then, there has been no activity in this case.

    Coronel Bonilla is directed to submit a status letter by no later than August 6, 2025.  Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:   July 29, 2025
           New York, New York

                                        EDGARDO RAMOS, U.S.D.J.