**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

Jenny Coronel Bonilla,                                    Case No.: 24-cv-05854-ER

                              *Plaintiff,*                 ~~PROPOSED~~ JUDGMENT

              *-against-*

Frank Nani, and Infinity Painting Co. Inc.,

                              *Defendants.*
-----------------------------------------------------------------------X

On December 8, 2025, Plaintiff Jenny Coronel Bonilla (the "Plaintiff") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff has judgment against Defendants Frank Nani, and Infinity Painting Co. Inc. (the "Defendants") in the amount of Thirty Thousand Dollars and Zero Cents ($30,000.00) (the "Judgment Amount"), which is inclusive of attorneys' fees and costs and any other fees, costs, and/or disbursements, payable as follows:

1. $10,000 payable on or before December 20, 2025; and

2. $20,000, payable in four (4) equal installments of $5,000, as follows:

   a. $5,000 payable on or before January 19, 2026;
   b. $5,000 payable on or before February 18, 2026;
   c. $5,000 payable on or before March 20, 2026; and
   d. $5,000 payable on or before April 19, 2026.

WHEREAS, in the event of Defendants' failure to make any payment when due as set forth above, the breach shall result in accelerated payment of 200% of the Judgment Amount (*i.e.,* $60,000.00) together with all costs and attorneys' fees incurred by Plaintiff in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein. Defendants acknowledge and agree that this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an uncured default.

This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged or which could have been alleged in the Complaint pertaining to this Action, including any damages Plaintiff's asserted or could have asserted in this Action, including but not limited to, any claims Plaintiff's may have for monetary damages, backpay, front pay, liquidated damages, penalties, and any fees, costs, and/or reasonable attorneys' fees.

Dated: _____December 9_____, 2025

**SO ORDERED**

_____